UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 1:06-M-36-M |
| FERMIN ANTONIO MEDINA | : | |

---

MOTION TO CONTINUE

NOW COMES the defendant, Fermin Antonio Medina and moves this Honorable Court to continue the proceedings in this matter for and additional thirty (30) days. In support of this request, defense counsel states that the defendant has indicated that he is in the process of hiring private counsel to represent him in this matter.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(F).

Respectfully submitted
Fermin Antonio Medina
By his attorney,

Kevin Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion to Dulce Donovan, Assistant United States Attorney, on April 11, 2006.