RECEIVED
MAY 22 2006
Property of U.S. District Court
District of Rhode Island

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. David L. Martin |
| | : | |
| v. | : | Criminal No. 1:06-M-36-DLM |
| | : | |
| FERMIN ANTONIO MEDINA | : | |
| a/k/a Guillermo Rodriguez | : | |

**ORDER**

This matter having been opened to the Court by Robert Clark Corrente, United States Attorney for the District of Rhode Island (Dulce Donovan, Assistant U.S. Attorney, appearing), and FERMIN ANTONIO MEDINA, a/k/a Guillermo Rodriguez, (Matthew B. Smith, Esquire) for an order granting a second continuance of the proceedings in the above-captioned matter for an additional period of thirty (30) days to permit the parties to continue plea negotiations and to finalize a plea agreement, and the defendant being aware that he has the right to have the matter submitted to a grand jury for indictment within thirty (30) days of his arrest on the complaint, pursuant to Title 18 of the United States Code, Section 3161(b), and it appearing that the defendant has waived that right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for an additional period of thirty (30) days for the following reasons:

1. On May 5, 2006, privately retained counsel, Matthew B. Smith, Esquire, was entered as counsel to represent defendant in this matter.

2. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to finalize the plea agreement, which would thereby render trial of this matter unnecessary.

3. Defendant has consented to the aforementioned continuance.

4. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 25th day of May, 2006

ORDERED that the proceedings scheduled in the above-captioned matter are continued from May 26, 2006 through June 23, 2006; and

IT IS FURTHER ORDERED that the period from May 26, 2006 through June 23, 2006 shall be excludable in computing time under the Speedy Trial Act of 1974.

David L Martin

HON. DAVID L. MARTIN
United States Magistrate Judge

Consented to:

Matthew B. Smith

Matthew B. Smith, Esquire

Dulce Donovan

Dulce Donovan
Assistant U.S. Attorney